

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00001-CV |
| In the Matter of | § | |
| | | Appeal from the |
| C.J.B., | § | |
| | | County Court |
| A Juvenile. | § | |
| | | of Crane County, Texas |
| | § | |
| | | (TC# 363) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's disposition order dated January 24, 2013. We therefore vacate the disposition order and remand the cause for a new disposition hearing, in accordance with this Court's opinion. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF APRIL, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.